# UNITED STATES DISTRICT COURT

Western District of Missouri

JUDGMENT IN A CIVIL CASE

**ROBERT A. HARVILLA**

    v.

**PETTIS COUNTY SHERIFF'S DEPT., et al**

Case Number:  **08-4046-CV-C-NKL**

_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

_X_    **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED**

–    **that the Report and Recommendation of November 5, 2008, is adopted. It is further**

–    **ORDERED that defendants' motion for summary judgment is granted and plaintiff's claims are dismissed.**

ENTERED ON: December 15, 2008

December 15, 2008
Date

PATRICIA L. BRUNE
Clerk

L. Bax
(By) Deputy Clerk